UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL SPENCER, GREGORY | * | CIVIL ACTION NO. |
| BALL AND OCTAVIUS LEWIS | * | |
| | * | JUDGE |
| VERSUS | * | |
| | * | |
| ARCH INSURANCE COMPANY, | * | MAGISTRATE |
| FIRST GUARD INSURANCE | * | |
| COMPANY, GALLAGHER BASSETT | * | |
| SERVICES, INC, BEEMAC INC, DBA | * | **JURY TRIAL** |
| BEEMAC TRUCKING, | | |
| MAURO IZQUIERDO AND PAOLA | * | |
| YINETH FONSECA CHAVES | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, Arch Insurance Company, Beemac Inc. DBA Beemac Trucking, Mauro Izquierdo and Paola Yineth Fonseca Chaves, who and which file this Notice of Removal and aver as follows:

1.

The above-entitled lawsuit was filed in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket Number 2022-4438, Div. "B" Section "5" and is presently pending there. The Petition for Damages was filed on May 19, 2022. Please see Petition for Damages, attached hereto as **Exhibit A.** Said original Petition for Damages was subsequently served upon Arch Insurance Company, on June 3, 2022, and Beemac, Inc., DBA Beemac Trucking via Long Arm Service on June 29, 2022. Mauro Izquierdo and Paola Yineth Fonseca Chaves were served in mid-June 2022, although the precise date of service is unknown. An Answer was subsequently filed on behalf of all four Defendants on July 1, 2022.

2.

The Petition also names Gallagher Bassett Services, Inc. and First Guard Insurance Company. Gallagher Bassett Services, Inc. has been dismissed without prejudice while an Answer has been filed on behalf of First Guard Insurance Company. Counsel for First Guard Insurance Company, Steven Lozes, has been contacted and has no objection to the instant removal.

3.

The aforementioned suit is a civil action filed by Plaintiffs, **Michael Spencer**, **Gregory Ball** and **Octavius Lewis**.

4.

Plaintiffs seek an award of damages against Arch Insurance Company, Beemac Inc. DBA Beemac Trucking, Mauro Izquierdo, Paola Yineth Fonseca Chaves and First Guard Insurance Company for injuries and damages allegedly arising out of an automobile accident that occurred on May 21, 2021, on Nashville Avenue in the City of New Orleans, Parish of Orleans, State of Louisiana.

5.

All Plaintiffs are of the age of majority and are domiciled within the State of Louisiana in the Parishes of Orleans and St. Bernard. **Exhibit A.**

6.

Defendant, Arch Insurance Company, is a foreign insurance company with its place of incorporation and its principal place of business in the State of Missouri.

7.

Defendant, Beemac Inc. DBA Beemac Trucking, is a foreign corporation with its place of incorporation and its principal place of business in the State of Pennsylvania.

8.

Mauro Izquierdo is an individual of the age of majority and is a citizen of and domiciled in the State of Texas.

9.

Paola Yineth Fonseca Chaves is an individual of the age of majority and is a citizen of and domiciled in the State of Texas.

10.

First Guard Insurance Company is a foreign insurance company with its principal place of business in the State of Florida.

11.

Plaintiffs' Petition for Damages alleges Defendants and First Guard Insurance Company are liable for various acts of alleged negligence of Mr. Izquierdo resulting from the subject accident. **Exhibit A.** The Petition for Damages alleges BeeMac, Inc. DBA Beemac Trucking is liable as the alleged employer of Mr. Izquierdo. *Id*. The Petition further alleges Paola Yineth Fonseca Chaves is liable as the alleged owner of the vehicle Mr. Izquierdo was operating at the time of the subject accident. *Id*. Finally, the Petition for Damages alleges Arch Insurance Company issued a policy of insurance covering the vehicle operated by Mr. Izquierdo at the time of the subject accident and is therefore purportedly liable as well. *Id*.

12.

Defendants allege this Honorable Court has original jurisdiction over this matter pursuant to Article III of the United States Constitution and 28 U.S.C. §1332 because diversity of citizenship exists between Plaintiffs and all Defendants and because the alleged damages of Plaintiffs exceed $75,000.00, exclusive of interest and costs.

13.

Plaintiffs claim damages which are "severe and permanent." **Exhibit A.** Plaintiffs further claim "Injuries to the head, brain and nervous system" in addition to past, present and future medical care, lost wages, loss of earning capacity, disabilities, mental anguish, emotional upset and distress and loss of enjoyment of life. *Id*. The medical records that accompanied Plaintiffs' discovery responses are further illuminating on the matter. While the written responses were received via facsimile outside of business hours on September 9, 2022, at 6:00 p.m., the attendant records arrived via United States Mail on September 12, 2022.

14.

The records pertaining to Gregory Ball's treatment indicate that following the subject accident, he was diagnosed with a disc bulge at L5-S1 and facet hypertrophy at multiple levels. **Exhibit B.** The records further indicate that since the accident, Mr. Ball has undergone bilateral medial branch blocks at C3-4, C4-5 and C5-6 as well as an epidural steroid injection at L5-S1. *Id*. Mr. Ball's treating physician, Dr. David Wyatt, has recommended he also undergo a bilateral C3-4, C4-5 and C5-6 rhizotomy as well as a bilateral L4-5 and L5-S1 medial branch block. *Id*. The records further indicate he has accumulated at least $10,670.00 in medical specials and is still actively treating seventeen months post-accident. *Id*. Mr. Ball additionally claims damages in the form of lost wages and loss of earning capacity. **Exhibit A.**

15.

The records pertaining to Michael Spencer's treatment indicate that following the subject accident, he was diagnosed with a disc bulge at L4-5, herniation at L5-S1 and facet hypertrophy at multiple levels. **Exhibit C.** The records further indicate that since the accident, Mr. Spencer has undergone an epidural steroid injection at L4-5 and has received a recommendation from his

treating physician, Dr. David Wyatt, to repeat the procedure. *Id*. The records also indicate he has accumulated at least $7,303.00 in medical specials and is still actively treating seventeen months post-accident. *Id*. Mr. Spencer additionally claims damages in the form of lost wages and loss of earning capacity. **Exhibit A.**

16.

The records pertaining to Octavius Lewis's treatment indicate that following the accident, he was diagnosed with a herniation at L1-2, bulge at L3-4, herniation at L5-S1, and herniation at C3-4. **Exhibit D.** Mr. Lewis' treating physician, Dr. David Wyatt, recently recommended that he undergo left-sided C4-5, C5-6 and C6-7 medial branch blocks as well as left-sided L3-4 and L5-S1 medial branch blocks. *Id*. Mr. Lewis has accumulated at least $9,633.00 in medical specials and is still actively treating seventeen months post-accident. *Id*. Mr. Lewis additionally claims damages in the form of lost wages and loss of earning capacity. **Exhibit A.**

17.

While Defendants deny liability for any alleged injuries of Plaintiffs and intend to challenge the claims on the basis of medical causation, the alleged damages related to Plaintiffs' alleged injuries, medial branch blocks and rhizotomies may exceed the sum of $75,000.00, exclusive of interest and costs. See, e.g., *Donaldson v. Hudson Ins. Co.*, 12-1013 (La. App. 4 Cir. 4/10/13); 116 So3d 46, awarding $125,000 for cervical disc herniations for which a rhizotomy was recommended; *Buckheister v. US Environmental Services, LLC*, 11-1148 (La. App. 5 Cir. 5/31/12); 97 So.3d 414, awarding $175,000 for cervical rhizotomy procedures.

18.

Accordingly, Defendants aver they are entitled to remove this matter to this Honorable Court for disposition pursuant to the removal provisions of 28 U.S.C. §1441 *et seq*., as amended.

19.

The time in which Defendants herein may remove this matter has not yet expired. This Notice of Removal is filed within thirty days of the date Defendants received "other paper" from which it was first ascertained this case is one which is or has become removeable. 28 U.S.C. §1446(b).

20.

Defendants file herewith a copy of all documents served upon them in this action and the record of the state court as **Exhibit E.**

21.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate Notice of Filing Notice of Removal to Plaintiffs, Gregory Ball, Michael Spencer, and Octavius Lewis, as well as Co-Defendant, First Guard Insurance Company and to the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, by filing of this Notice of Removal and the Notice of Filing Notice of Removal into the record of the state court action.

## **JURY DEMAND**

22.

Defendants are entitled to and request a trial by jury on all issues herein.

WHEREFORE, Defendants, Arch Insurance Company, Beemac Inc. DBA Beemac Trucking, Mauro Izquierdo and Paola Yineth Fonseca Chaves, pray the suit entitled "*Michael Spencer, et. al. v. Arch Insurance Company, et. al.,*" now pending in the Civil District Court for the Parish of Orleans, State of Louisiana and bearing Docket Number 2022-4438, Div. "B" Section

6

"5," be removed to this, the United States District Court for the Eastern District of Louisiana, and

for trial by jury and all just and equitable relief as allowed by law.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, electronic mail and/or by facsimile transmission, this 11th day of October, 2022, at their last known address of record.

_____
**ZACHARY P. FICKES**

Respectfully submitted,

**PERRIER & LACOSTE, L.L.C.**

_____
**GUY D. PERRIER, #20323**
**NATHAN M. GAUDET, #30514**
**ZACHARY P. FICKES #36455**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
gperrier@perrierlacoste.com
zfickes@perrierlacoste.com
Tel:  (504) 212-8820
Fax:  (504) 212-8825
**ATTORNEYS FOR DEFENDANTS, ARCH INSURANCE COMPANY, BEEMAC, INC. DBA BEEMAC TRUCKING, MAURO IZQUIERDO AND PAOLA YINETH FONSECA CHAVES**