

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2022-4438      DIVISION " "    SECTION 5

MICHAEL SPENCER, GREGORY BALL, AND OCTAVIUS LEWIS

VERSUS

ARCH INSURANCE COMPANY, FIRST GUARD INSURANCE COMPANY, GALLAGHER BASSETT SERVICES, INC, BEEMAC INC. DBA BEEMAC TRUCKING, MAURO IZQUIERDO, AND PAOLA YINETH FONSECA CHAVES

FILED: _____    DEPUTY CLERK

**PETITION FOR DAMAGES**

The petitioners, **Michael Spencer**, a full age resident of the Parish of St. Bernard, State of Louisiana, **Gregory Ball**, a full age resident of the Parish of Orleans, State of Louisiana, and **Octavius Lewis**, a full age resident of the Parish of Louisiana, with respect represent:

I.

Made defendants herein are **Arch Insurance Company**, a foreign insurer licensed to do business in the Parish of Orleans, State of Louisiana, **First Guard Insurance Company**, a foreign insurer licensed to do business in the Parish of Orleans, State of Louisiana, **Gallagher Bassett Services, Inc.**, a foreign insurer licensed to do business in the Parish of Orleans, State of Louisiana, **Beemac, Inc. doing business as Beemac Trucking**, a foreign corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana, **Mauro Izquierdo**, a full age resident of the City of Richmond, State of Texas, and **Paola Yineth Fonseca Chaves**, a full age resident of the City of Richmond, State of Louisiana.

II.

That the said defendants are justly and truly indebted unto your petitioners for such damages as are reasonable under the circumstances, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following, to-wit:

1

<span style="color:red">EXHIBIT A</span>

III.

On or about May 21, 2021, your petitioners, **Michael Spencer, Gregory Ball**, and **Octavius Lewis**, were travelling southbound on Nashville Ave. in New Orleans, Louisiana in a vehicle operated by your petitioner, **Michael Spencer**. As your petitioners were at a complete stop at Nashville Avenue's intersection with Front Street waiting to enter the Port of New Orleans, the 2011 Mack semi-trailer truck operated by defendant herein, **Mauro Izquierdo**, and owned by defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves**, began to travel in reverse, striking the front end of your petitioners' vehicle and causing your petitioners the severe and disabling injuries sued upon herein.

IV.

That the accident and injuries sued upon herein, resulted from the gross and wanton negligence of the defendant, **Mauro Izquierdo**, which said acts of negligence, among others to be shown at the time of the trial are as follows:

1. Failing to see what he should have seen;

2. Failing to keep a proper lookout;

3. Recklessness;

4. Inattention;

5. Improper backing;

5. Improper traveling in reverse on a major City thoroughfare;

6. Violating the rules of the road and more particularly the Motor Vehicles Laws of the Parish of Orleans and State of Louisiana, which are all pleaded herein by reference;

7. Any and all acts of negligence that will be proved at the time of the trial of this matter.

V.

That as a result of the above referenced accident, your petitioner, **Michael Spencer**, sustained the following injuries:

1. Multiple bruises, contusions and abrasions of both arms, legs, head, neck, chest, abdomen, trunk, hips and back, along with hematomas, soft tissue injuries, and severe and permanent internal injuries;

2. Strain, sprain, subluxation and other hurt and damage to the entire body, including the back and neck, the spine, bones, joints, nerves, tendons, ligaments, joint capsules, cartilages, muscles, fascia and other soft tissues;

3. Injuries to the head, brain and nervous system;

4. Severe and permanent headaches, emotional upset and distress and other psychological sequelae, including shock; and

5. Lumbar disc herniation, lumbar disc bulge, and lumbar facet hypertrophy.

VI.

Petitioner, **Michael Spencer**, itemizes his damages as follows:

Past, present and future medicine, drugs, hospitalization, medical care, lost wages, loss of wage-earning capacity, pain and suffering, residual disabilities, mental anguish, emotional upset and distress and other psychological sequelae, loss of enjoyment of life, rehabilitation and support care.

Your petitioner prays for those damages that are just and reasonable under the facts and circumstances of this case, not to exceed $75,000.00.

VII.

That as a result of the above referenced accident, your petitioner, **Gregory Ball**, sustained the following injuries:

1. Multiple bruises, contusions and abrasions of both arms, legs, head, neck, chest, abdomen, trunk, hips and back, along with hematomas, soft tissue injuries, and severe and permanent internal injuries;

2. Strain, sprain, subluxation and other hurt and damage to the entire body, including the back and neck, the spine, bones, joints, nerves, tendons, ligaments, joint capsules, cartilages, muscles, fascia and other soft tissues;

3

    3.    Injuries to the head, brain and nervous system;

    4.    Severe and permanent headaches, emotional upset and distress and other psychological sequelae, including shock; and

    5.    Cervical facet hypertrophy, cervical uncinate joint hypertrophy, lumbar disc bulge, and lumbar facet hypertrophy with bilateral facet effusions.

### VIII.

Petitioner, **Gregory Ball**, itemizes his damages as follows:

> Past, present and future medicine, drugs, hospitalization, medical care, lost wages, loss of wage-earning capacity, pain and suffering, residual disabilities, mental anguish, emotional upset and distress and other psychological sequelae, loss of enjoyment of life, rehabilitation and support care.

Your petitioner prays for those damages that are just and reasonable under the facts and circumstances of this case, not to exceed $75,000.00.

### IX.

That as a result of the above referenced accident, your petitioner, **Octavius Lewis**, sustained the following injuries:

    1.    Multiple bruises, contusions and abrasions of both arms, legs, head, neck, chest, abdomen, trunk, hips and back, along with hematomas, soft tissue injuries, and severe and permanent internal injuries;

    2.    Strain, sprain, subluxation and other hurt and damage to the entire body, including the back and neck, the spine, bones, joints, nerves, tendons, ligaments, joint capsules, cartilages, muscles, fascia and other soft tissues;

    3.    Injuries to the head, brain and nervous system; and

    4.    Severe and permanent headaches, emotional upset and distress and other psychological sequelae, including shock; and

    5.    Cervical disc herniation, cervical facet arthropathy, lumbar herniated discs, lumbar disc bulges, and lumbar facet arthropathy.

### X.

Petitioner, **Octavius Lewis**, itemizes his damages as follows:

> Past, present and future medicine, drugs, hospitalization, medical care, lost wages, loss of wage-earning capacity, pain and suffering, residual disabilities, mental anguish, emotional upset and distress and other psychological sequelae, loss of enjoyment of life, rehabilitation and support care.

Your petitioner prays for those damages that are just and reasonable under the facts and circumstances of this case, not to exceed $75,000.00.

XI.

That at the time of the accident sued upon herein, defendant herein, **Mauro Izquierdo** was operating a 2011 Mack semi-trailer truck owned by defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves**, with the full knowledge and consent of defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves**, and is also believed to have been on a mission for defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves**.

XII.

That at the time of the accident sued upon herein, defendant herein, **Mauro Izquierdo**, was employed by defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves**, and was within the course and scope of his employment with defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves**, and under the doctrine of *respondeat superior*, any and all acts of negligence of defendant herein, **Mauro Izquierdo**, are imputed to the defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves**.

XIII.

That at the time of the accident sued upon herein, defendants herein, **Mauro Izquierdo, Beemac, Inc. doing business as Beemac Trucking**, and **Paola Yineth Fonseca Chaves,** were insured by defendants herein, **Arch Insurance Company** and/or **First Guard Insurance Company**, for any and all acts of negligence by defendant herein, **Mauro Izquierdo**, in connection with his operation of defendants herein, **Beemac, Inc. doing business as Beemac**

**Trucking** and/or **Paola Yineth Fonseca Chaves's**, 2011 Mack semi-trailer truck at all pertinent times hereto.

XIV.

That at the time of the accident sued upon herein, defendants herein, **Mauro Izquierdo, Beemac, Inc. doing business as Beemac Trucking,** and **Paola Yineth Fonseca Chaves**, were insured by defendant herein, **Gallagher Bassett Services, Inc.**, for any and all acts of negligence by defendant herein, **Mauro Izquierdo**, in connection with his operation of defendants herein, **Beemac, Inc. doing business as Beemac Trucking** and/or **Paola Yineth Fonseca Chaves's**, 2011 Mack semi-trailer truck at all pertinent times hereto.

**WHEREFORE**, petitioners pray that the defendants be duly cited to appear and answer this Petition, that they be served with a copy of same, and after all legal delays and due proceedings had, there be judgment herein in favor of your petitioners, **Michael Spencer, Gregory Ball**, and **Octavius Lewis**, and against defendants, **Arch Insurance Company, First Guard Insurance Company, Gallagher Bassett Services, Inc., Beemac, Inc. doing business as Beemac Trucking, Mauro Izquierdo**, and **Paola Yineth Fonseca Chaves**, jointly and insolido, for such damages as are reasonable and just under the circumstances together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, in addition to penalties and attorney fees, and for all general and equitable relief.

BRIAN G. BIRDSALL, LLC

_____
BRIAN G. BIRDSALL (18796)
CAFFERY H. JACKSON (37737)
918 Poydras Street, 2nd Floor
New Orleans, Louisiana 70112
Telephone: (504) 523-5413
Fax: (504) 529-2318
Service@briangbirdsall.com

**SERVICE INFORMATION ON NEXT PAGE**

**PLEASE SERVE:**

**Arch Insurance Company**
through its agent for service of process:
Hon. R. Kyle Ardoin
Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**Gallagher Bassett Services, Inc.**
through its registered agent:
The Prentice Hall Corporation System, Inc.
501 Louisiana Avenue
Baton Rouge, LA 70802

**First Guard Insurance Company**
through its registered agent:
Hon. R. Kyle Ardoin
Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE:**

**Beemac, Inc. doing business as Beemac Trucking**
**through the Louisiana Long Arm Statute:**
2747 Legionville Rd.
Ambridge, PA 15003

**Mauro Izquierdo**
**through the Louisiana Long Arm Statute:**
26322 Crystal Cove Ln.
Richmond, TX 77406

**Paola Yineth Fonseca Chaves**
**through the Louisiana Long Arm Statute:**
Last known address is:
26322 Crystal Cove Ln.
Richmond, TX 77406